**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
scolarilaw@gmail.com

**TEL 212-227-8899**                                                                                          **FAX 212-964-2926**

June 21, 2022

Honorable J. Paul Oetken
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Michael Esposito,**
21 Cr. 313  (JPO)

Your Honor:

     I write to request that the Court approve a modification of Michael Esposito's bond. Among other things, his one hundred thousand dollar ($100,00.00) bond was to have two co-signers and requires that he participate in a residential drug treatment program.  Mr. Esposito entered into and has remained in residential treatment since December 23, 2021, but due to an oversight, no suretors ever co-signed the bond. I request that the Court approve removal of that condition.

     Mr. Esposito's Pretrial Officer, Laura Gialanella has visited him at Odyssey House and reports that all of his drug tests at the program and pretrial have been negative and that Michael "continues to do well". She has also indicated that the program is "good about keeping in contact with [pretrial] about Michael's progress".

     As Mr. Esposito is expected to continue participating in long-term residential treatment for the foreseeable future, I request that Court approve removal of the co-signer condition from the bond. The government,  by Rebecca Dell, Esq. consents to this application.

                                                Respectfully,
                                                *Lisa Scolari*
                                                Lisa Scolari

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge
                                               June 23, 2022