**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
scolarilaw@gmail.com
212-227-8899

December 3, 2024

Honorable J. Paul Oetken
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Michael Esposito**
**21 Cr. 313 (JPO)**

Your Honor:

     I write to request permission for Michael Esposito to travel to and stay with his family in Florida for a week during the Christmas season. He has been on supervised release since June of 2023 and has not had any issues. October 15, 2024 Michael moved from the Odyssey House sober living facility to an apartment in Queens with a friend who also graduated from the program. He has a full-time job doing data entry and is continuing with on-line courses that will enable him to get a better IT job. Currently he is working toward getting his network certification. The Court may recall that Michael's father and uncle were in court at his sentencing and are supportive of his recovery. If permitted to travel, Michael will be staying with his father and mother in Florida.

     Michael's probation officer has explained that he will not be permitted to travel outside of the jurisdiction without Court approval as he has only been living in the community a few months. Therefore, I request that the Court authorize Michael to travel to Florida to stay with his parents for a week during the Christmas season. If the Court approves this application, Michael will provide the specific details of his travel-flights and dates-as well the address where he will stay to his probation officer a week prior to his trip.

                                                        Respectfully,

                                                        *Lisa Scolari*
                                                        Lisa Scolari

SO ORDERED:

_____                December 3, 2024
J. PAUL OETKEN
United States District Judge