UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                      21-CR-313-6 (JPO)

MICHAEL ESPOSITO,                                            ORDER
                              Defendant.

J. PAUL OETKEN, District Judge:

Defendant Michael Esposito has moved for early termination of his three-year term of

probation.  The Government opposes his motion.  (*See* ECF Nos. 268-71.)

A court may "terminate a term of probation previously ordered and discharge the

defendant . . . at any time after the expiration of one year of probation in the case of a felony if it

is satisfied that such action is warranted by the conduct of the defendant released and the interest

of justice."  18 USC § 3564 (c).  In making this determination, a court must consider the factors

set forth in 18 U.S.C. § 3553(a) to the extent they are applicable.  *Id.*

Having carefully considered the record, the submissions by the parties, and the Section

3553(a) factors, the Court concludes that termination of probation is warranted by Esposito's

conduct and is in the interest of justice.  Esposito has completed over two years of his three-year

term of probation.  While early termination is not warranted as a matter of course, Esposito's

conduct on probation has been exceptionally positive.  He has remained sober, has completed

several computer programming courses, has maintained full-time employment, and has rebuilt

positive relationships.  He has plans to further his education and improve his employment

prospects.  And he has substantially complied with the terms of his probation for over two years.

In light of his conduct, the Court also concludes that being subject to the terms and conditions of

probation for an additional period is not necessary to serve the purposes set forth in Section

1

3553(a), including the need to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment, to afford adequate deterrence, and to protect the public.

Accordingly, Defendant Esposito's motion for early termination of probation is granted and he is hereby discharged.

The Clerk of Court is directed to terminate the motions at ECF Nos. 268, 270, and 271.

SO ORDERED.

Dated: August 28, 2025
    New York, New York

J. PAUL OETKEN
United States District Judge

2